## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANTHONY DAVIS**                                      **PLAINTIFF**

**v.**                           **No. 4:25-cv-34-DPM**

**ARVEST BANK**                                      **DEFENDANT**

### ORDER

As directed, Davis has filed an amended complaint. *Doc. 5*. The Court must screen it. 28 U.S.C. § 1915(e)(2). Davis apologizes that his original complaint was too brief. No apology is necessary. The Court appreciates Davis's efforts and his timely amendment. The Court understands that Davis believes his loan denial was unwarranted. He claims the denial amounted to a breach of contract or alternatively unjustly enriched Arvest Bank. *Doc. 5 at 6*. Because Davis and Arvest are both Arkansas residents, those are most likely matters of Arkansas law, assuming the claims are plausible. But this federal Court doesn't have jurisdiction to consider those claims unless they share some common thread with a separate cause of action arising under federal law. 28 U.S.C. § 1367(a). Davis's invocation of 12 U.S.C. § 504 doesn't suffice. Even assuming the conduct Davis describes in his amended complaint offends some aspect of the Federal Reserve Act, § 504 doesn't provide him a right to enforce the Act's prohibitions. He hasn't

plausibly raised any federal question. His claims are therefore dismissed without prejudice. Judgment will issue.

So Ordered.

_____

D.P. Marshall Jr.
United States District Judge

13 March 2025