# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ANTHONY DAVIS**　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　No. 4:25-cv-34-DPM

**ARVEST BANK**　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Davis's amended complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 March 2025